

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| IN THE INTEREST OF R.A.B. Jr and M.M.G-B., CHILDREN | § | No. 08-22-00247-CV |
|  | § | Appeal from the |
| Appellant, | § | 394th District Court |
|  | § | of Brewster County, Texas |
|  | § | (TC# FMB21570) |
|  | § |  |
|  | § |  |

**O R D E R**

The notice of appeal indicates the case is an accelerated appeal. Parental termination cases must be disposed of by the appellate court within 150 days of the final order, which in this case is November 28, 2022. We will grant an extension of 7 days and the record is due on January 13, 2023. NO FURTHER EXTENSIONS OF THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

IT IS SO ORDERED this 9th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox, and Soto, JJ.